UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-34235 |
| Stephen A. Haszto and | ) | |
| Kathleen J. Smith-Haszto | ) | Chapter:  11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order for Final Decree

This cause coming on to be heard on the Motion of Debtor for Final Decree Closing Case, due notice having been given to parties entitled thereto and the Court being advised in the premises:

IT IS HEREBY ORDERED that the motion for a final decree is granted. The clerk is directed to close the case.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 21, 2017

**Prepared by:**

Joseph A. Baldi
Julia D. Loper
20 North Clark Street
   Suite 200
Chicago, IL  60602
(312) 726-8150